

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Dakota Beal,                                   * From the 161st District Court
                                                      of Ector County,
                                                      Trial Court No. B-22-0438-CR.

Vs. No. 11-22-00269-CR                    * May 23, 2024

The State of Texas,                         * Memorandum Opinion by Williams, J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court on Count Two to delete the assessment of $180 for lab fee expenses payable to the Texas Department of Public Safety. We affirm the judgment in Count One, and, as modified, we affirm the judgment in Count Two.